**Form fnldec** (Revised 08/01/2018)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 19−21937     Chapter: 7

In re:

Calix Yamil Negron−Rodriguez
aka     Calix Yamil Rodriguez
aka     Calix Yamil Rodriquez
5251 W 115th Pl
Unit 11
Leawood, KS 66211

SSN: xxx−xx−3356

**FINAL DECREE**

| Filed And Entered By The Court |
|---|
| **12/17/19**<br>David D. Zimmerman<br>Clerk of Court<br>US Bankruptcy Court |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Patricia E Hamilton is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 13 −

s/ Robert D. Berger
United States Bankruptcy Judge